UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST CO., | CASE NO.1:07CV1862 |
| Plaintiff, | JUDGE CHRISTOPHER A. BOYKO |
| Vs. | |
| LESLIE BIZZELLE | ORDER OF DISMISSAL |
| Defendant. | |

**CHRISTOPHER A. BOYKO, J:**

Upon review of the docket and initial filings in the captioned foreclosure case, the Court finds the Complaint For Foreclosure was filed on June 21, 2007 by Plaintiff Deutsche Bank National Trust Company. On July 16, 2007, Plaintiff Deutsche Bank filed a copy of the Executed Assignment of right, title and interest to the Note and Mortgage at issue from "MERS", Mortgage Electronic Registration Systems, Inc., acting solely as nominee for Premier Mortgage Funding, Inc. to Plaintiff Deutsche Bank, dated June 22, 2007. (ECF DKT #5).

Since Plaintiff Deutsche Bank was not the holder and owner of the Mortgage as of the date the captioned Complaint For Foreclosure was filed, and pursuant to the reasoning in this

Court's October 31, 2007 Dismissal Order in Case Nos. 1:07CV 2282, et al., the above-captioned case is dismissed without prejudice.

**IT IS SO ORDERED.**

**DATE: November 30, 2007**

 **s/Christopher A. Boyko**
**CHRISTOPHER A. BOYKO**
**United States District Judge**